IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00020-RM-BNB

LOIS HUERENA,

Plaintiff,

v.

STATE FARM INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend the Scheduling Order Regarding Expert Disclosures** [docket no. 10, filed May 19, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 23, 2014**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 14, 2014**.

DATED: May 20, 2014